NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA C. BUTTS and KRISTIN L. BUTTS,

        Petitioners,

v.

HILLSBOROUGH COUNTY, a political Subdivision of the State of Florida,

        Respondent.

Case No. 2D19-2073

Opinion filed October 30, 2019.

Petition for Writ of Certiorari to the Circuit Court for the Thirteenth Judicial Circuit for Hillsborough County; sitting in its appellate capacity.

Susan E. Johnson-Velez of The SJV Law Firm, P.A., Tampa, for Petitioners.

Louis Whitehead, III, Senior Assistant County Attorney, Office of the County Attorney, Tampa, for Respondent.

PER CURIAM.

        Denied.

KHOUZAM, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.